953

No. 431, Misc. SANDRO *v.* GRABER, CHIEF JUSTICE OF THE CRIMINAL COURT OF COOK COUNTY, ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 437, Misc. NORECROSS *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 438, Misc. HODGES *v.* HEINZE, WARDEN. District Court of Appeal of California, Third Appellate District. Certiorari denied.

No. 439, Misc. JOHNSON *v.* FLORIDA. Supreme Court of Florida. Certiorari denied.

No. 444, Misc. HARMAN *v.* BURKE, WARDEN. Supreme Court of Pennsylvania, Middle District. Certiorari denied.

No. 447, Misc. SPEARS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 460, Misc. BRYANT *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 481, Misc. DEWOLF *v.* WATERS, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied. *C. A. Summers* for petitioner.

No. 394, Misc. GRAZIANO *v.* CRIMINAL COURT OF COOK COUNTY, ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c).